IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY SCHROEDER, and LEE SCHROEDER, | |
| Plaintiffs, | 4:24CV3228 |
| vs. | SHOW CAUSE ORDER |
| SOOL TRANSPORT, LLC, HASSAN ADAN, HARUN SALAH MUSSE, TWIN CITIES CARRIER, INC., and JOHN DOES #1 THROUGH #8, | |
| Defendants. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

A notice of removal was filed on December 12, 2024. Filing No. 1. Defendants Sool Transport, LLC, Hassan Adan, and Harun Salah Musse filed an answer on December 13, 2024. Filing No. 5. Thereafter, Plaintiffs filed a return of service indicating Defendant Twin Cities Carrier, Inc. was served on January 16, 2025. Filing No. 9. No answer or other responsive pleading has been filed. Plaintiffs have a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until March 21, 2025 to show cause why the claims against Defendant Twin Cities Carrier, Inc. should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 28th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge